Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Petitioner,
Playboy Entertainment Group, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO IMGUR, INC. | Misc. Action No.<br><br>**PETITIONER PLAYBOY ENTERTAINMENT GROUP, INC.'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA, PURSUANT TO 17 U.S.C. § 512(h), TO IDENTIFY ALLEGED INFRINGERS** |

**FORMAL REQUEST TO CLERK FOR ISSUANCE OF DMCA 512(h) SUBPOENA**

Petitioner Playboy Entertainment Group, Inc. ("Playboy"), through its undersigned counsel of record, hereby requests that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h), the Digital Millennium Copyright Act ("DMCA")'s subpoena provisions. The proposed DMCA Subpoena is submitted concurrently herewith.

By way of background, Section 512(h) of Title 17 of the U.S. Code (as enacted by the "Online Copyright Infringement Liability Limitation Act" as part of the Digital Millennium Copyright Act ("DMCA")) provides that a "copyright owner or person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1).

This DMCA Subpoena is directed to Imgur, Inc., the entity whose website whereon the relevant infringing activities have occurred. (See Decl. of Han, ¶2).

Petitioner Playboy has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h) and hereby files the following items with the Clerk:

(1) Playboy has submitted a copy of the notifications required by 17 U.S.C. § 512(c)(3)(A) as Exhibit 2 to the Han Declaration, (see Decl. of Han, ¶3), submitted concurrently herewith;

(2) Playboy has submitted the proposed DMCA Subpoena concurrently herewith;

(3) Playboy has submitted a sworn declaration, (see Decl. of Han, ¶4), attesting that the subpoena is being sought in order to obtain the identity of an alleged infringers and that such information will only be used for the purpose of protecting rights under Title 17 of the United States Code.

///

///

**FORMAL REQUEST TO CLERK FOR ISSUANCE OF DMCA 512(h) SUBPOENA**

Accordingly, because Playboy has complied with the statutory requests, it respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant 17 U.S.C. § 512(h) and return it to the undersigned counsel for service on the subpoena recipient.

Dated: February 1, 2018         By: /s/ Howard S. Han
                                    Stephen M. Doniger, Esq.
                                    Howard S. Han, Esq.
                                    DONIGER / BURROUGHS
                                    Attorneys for Petitioner,
                                    Playboy Entertainment Group, Inc.