# **EXHIBIT 1**

1. Miss April 1960
2. Miss May 1960
3. Miss June 1960
4. Miss July 1960
5. Miss August 1960
6. Miss October 1960
7. Miss December 1960
8. Miss January 1961
9. Miss February 1961
10. Miss April 1961
11. Miss June 1961
12. Miss July 1961
13. Miss September 1961
14. Miss October 1961
15. Miss December 1961
16. Miss February 1962
17. Miss April 1962
18. Miss May 1962
19. Miss June 1962
20. Miss July 1962
21. Miss November 1962
22. Miss January 1963
23. Miss February 1963
24. Miss March 1963
25. Miss September 1963
26. Miss October 1963
27. Miss November 1963
28. Miss December 1963
29. Miss June 1964
30. Miss April 1965
31. Miss June 1965
32. Miss July 1965
33. Miss October 1965
34. Miss February 1966
35. Miss April 1966
36. Miss June 1966
37. Miss July 1966
38. Miss October 1966
39. Miss November 1966
40. Miss January 1967
41. Miss February 1967
42. Miss May 1967
43. Miss June 1967
44. Miss July 1967
45. Miss August 1967
46. Miss September 1967

47. Miss October 1967
48. Miss December 1967
49. Miss February 1968
50. Miss March 1968
51. Miss April 1968
52. Miss August 1968
53. Miss November 1968
54. Miss January 1969
55. Miss February 1969
56. Miss July 1969
57. Miss October 1969
58. Miss January 1970
59. Miss February 1970
60. Miss June 1970
61. Miss August 1971
62. Miss February 1972
63. Miss May 1972
64. Miss June 1972
65. Miss July 1972
66. Miss August 1972
67. Miss September 1972
68. Miss January 1973
69. Miss March 1973
70. Miss August 1973
71. Miss September 1973
72. Miss October 1973
73. Miss April 1974
74. Miss September 1974
75. Miss March 1975
76. Miss April 1975
77. Miss June 1975
78. Miss July 1975
79. Miss September 1975
80. Miss October 1975
81. Miss February 1976
82. Miss October 1976
83. Miss January 1977
84. Miss June 1977
85. Miss September 1977
86. Miss October 1977
87. Miss January 1978
88. Miss May 1978
89. Miss July 1978
90. Miss October 1978
91. Miss January 1979
92. Miss May 1979

93. Miss June 1979
94. Miss August 1979
95. Miss April 1980
96. Miss January 1981
97. Miss March 1981
98. Miss April 1981
99. Miss May 1981
100. Miss July 1981
101. Miss September 1981
102. Miss October 1981
103. Miss December 1981
104. Miss February 1982
105. Miss June 1982
106. Miss July 1982
107. Miss August 1982
108. Miss October 1982
109. Miss December 1982
110. Miss March 1983
111. Miss May 1983
112. Miss October 1983
113. Miss November 1983
114. Miss January 1984
115. Miss February 1984
116. Miss March 1984
117. Miss May 1984
118. Miss June 1984
119. Miss September 1984
120. Miss November 1984
121. Miss December 1984
122. Miss February 1985
123. Miss March 1985
124. Miss April 1985
125. Miss June 1985
126. Miss July 1985
127. Miss August 1985
128. Miss October 1985
129. Miss November 1985
130. Miss December 1985
131. Miss January 1986
132. Miss March 1986
133. Miss April 1986
134. Miss May 1986
135. Miss June 1986
136. Miss July 1986
137. Miss August 1986
138. Miss November 1986

139. Miss December 1986
140. Miss January 1987
141. Miss March 1987
142. Miss May 1987
143. Miss June 1987
144. Miss August 1987
145. Miss September 1987
146. Miss October 1987
147. Miss November 1987
148. Miss December 1987
149. Miss January 1988
150. Miss April 1988
151. Miss May 1988
152. Miss June 1988
153. Miss July 1988
154. Miss August 1988
155. Miss September 1988
156. Miss October 1988
157. Miss November 1988
158. Miss December 1988
159. Miss January 1989
160. Miss February 1989
161. Miss March 1989
162. Miss April 1989
163. Miss May 1989
164. Miss June 1989
165. Miss July 1989
166. Miss August 1989
167. Miss September 1989
168. Miss October 1989
169. Miss November 1989
170. Miss December 1989
171. Miss January 1990
172. Miss February 1990
173. Miss March 1990
174. Miss April 1990
175. Miss June 1990
176. Miss July 1990
177. Miss August 1990
178. Miss September 1990
179. Miss October 1990
180. Miss November 1990
181. Miss December 1990
182. Miss January 1991
183. Miss February 1991
184. Miss March 1991

185. Miss April 1991
186. Miss May 1991
187. Miss June 1991
188. Miss July 1991
189. Miss August 1991
190. Miss September 1991
191. Miss October 1991
192. Miss November 1991
193. Miss December 1991
194. Miss January 1992
195. Miss February 1992
196. Miss March 1992
197. Miss April 1992
198. Miss May 1992
199. Miss June 1992
200. Miss July 1992
201. Miss August 1992
202. Miss September 1992
203. Miss October 1992
204. Miss November 1992
205. Miss December 1992
206. Miss January 1993
207. Miss February 1993
208. Miss March 1993
209. Miss April 1993
210. Miss May 1993
211. Miss June 1993
212. Miss July 1993
213. Miss August 1993
214. Miss September 1993
215. Miss October 1993
216. Miss November 1993
217. Miss December 1993
218. Miss January 1994
219. Miss February 1994
220. Miss March 1994
221. Miss April 1994
222. Miss May 1994
223. Miss June 1994
224. Miss July 1994
225. Miss August 1994
226. Miss September 1994
227. Miss October 1994
228. Miss November 1994
229. Miss December 1994
230. Miss January 1995

231. Miss February 1995
232. Miss March 1995
233. Miss April 1995
234. Miss May 1995
235. Miss June 1995
236. Miss July 1995
237. Miss August 1995
238. Miss October 1995
239. Miss November 1995
240. Miss December 1995
241. Miss January 1996
242. Miss February 1996
243. Miss March 1996
244. Miss April 1996
245. Miss May 1996
246. Miss June 1996
247. Miss July 1996
248. Miss August 1996
249. Miss September 1996
250. Miss October 1996
251. Miss November 1996
252. Miss December 1996
253. Miss January 1997
254. Miss February 1997
255. Miss March 1997
256. Miss April 1997
257. Miss May 1997
258. Miss June 1997
259. Miss July 1997
260. Miss August 1997
261. Miss September 1997
262. Miss October 1997
263. Miss November 1997
264. Miss December 1997
265. Miss January 1998
266. Miss February 1998
267. Miss March 1998
268. Miss April 1998
269. Miss May 1998
270. Miss June 1998
271. Miss July 1998
272. Miss August 1998
273. Miss September 1998
274. Miss October 1998
275. Miss November 1998
276. Miss December 1998

277. Miss January 1999
278. Miss February 1999
279. Miss March 1999
280. Miss April 1999
281. Miss May 1999
282. Miss June 1999
283. Miss July 1999
284. Miss August 1999
285. Miss September 1999
286. Miss October 1999
287. Miss November 1999
288. Miss December 1999
289. Miss January 2000
290. Miss February 2000
291. Miss March 2000
292. Miss April 2000
293. Miss May 2000
294. Miss June 2000
295. Miss July 2000
296. Miss August 2000
297. Miss September 2000
298. Miss October 2000
299. Miss November 2000
300. Miss December 2000
301. Miss January 2001
302. Miss February 2001
303. Miss April 2001
304. Miss May 2001
305. Miss June 2001
306. Miss July 2001
307. Miss August 2001
308. Miss September 2001
309. Miss October 2001
310. Miss November 2001
311. Miss December 2001
312. Miss February 2002
313. Miss March 2002
314. Miss April 2002
315. Miss May 2002
316. Miss June 2002
317. Miss July 2002
318. Miss August 2002
319. Miss September 2002
320. Miss October 2002
321. Miss November 2002
322. Miss December 2002

323. Miss January 2003
324. Miss February 2003
325. Miss March 2003
326. Miss April 2003
327. Miss June 2003
328. Miss July 2003
329. Miss August 2003
330. Miss September 2003
331. Miss October 2003
332. Miss November 2003
333. Miss December 2003
334. Miss January 2004
335. Miss February 2004
336. Miss March 2004
337. Miss April 2004
338. Miss May 2004
339. Miss June 2004
340. Miss July 2004
341. Miss August 2004
342. Miss September 2004
343. Miss October 2004
344. Miss November 2004
345. Miss December 2004
346. Miss January 2005
347. Miss February 2005
348. Miss March 2005
349. Miss April 2005
350. Miss May 2005
351. Miss June 2005
352. Miss July 2005
353. Miss August 2005
354. Miss September 2005
355. Miss October 2005
356. Miss November 2005
357. Miss December 2005
358. Miss January 2006
359. Miss February 2006
360. Miss March 2006
361. Miss April 2006
362. Miss May 2006
363. Miss June 2006
364. Miss July 2006
365. Miss August 2006
366. Miss September 2006
367. Miss October 2006
368. Miss November 2006

369. Miss December 2006
370. Miss January 2007
371. Miss February 2007
372. Miss March 2007
373. Miss April 2007
374. Miss May 2007
375. Miss June 2007
376. Miss July 2007
377. Miss August 2007
378. Miss September 2007
379. Miss October 2007
380. Miss November 2007
381. Miss December 2007
382. Miss January 2008
383. Miss February 2008
384. Miss March 2008
385. Miss April 2008
386. Miss May 2008
387. Miss June 2008
388. Miss July 2008
389. Miss August 2008
390. Miss September 2008
391. Miss October 2008
392. Miss November 2008
393. Miss December 2008
394. Miss January 2009
395. Miss February 2009
396. Miss March 2009
397. Miss April 2009
398. Miss May 2009
399. Miss June 2009
400. Miss July 2009
401. Miss August 2009
402. Miss September 2009
403. Miss October 2009
404. Miss November 2009
405. Miss December 2009
406. Miss January 2010
407. Miss February 2010
408. Miss March 2010
409. Miss April 2010
410. Miss May 2010
411. Miss June 2010
412. Miss July 2010
413. Miss August 2010
414. Miss September 2010

415. Miss October 2010
416. Miss November 2010
417. Miss December 2010
418. Miss January 2011
419. Miss February 2011
420. Miss March 2011
421. Miss April 2011
422. Miss May 2011
423. Miss June 2011
424. Miss July 2011
425. Miss August 2011
426. Miss September 2011
427. Miss October 2011
428. Miss November 2011
429. Miss December 2011
430. Miss January 2012
431. Miss February 2012
432. Miss March 2012
433. Miss April 2012
434. Miss May 2012
435. Miss June 2012
436. Miss July 2012
437. Miss August 2012
438. Miss September 2012
439. Miss November 2012
440. Miss December 2012
441. Miss January 2013
442. Miss February 2013
443. Miss March 2013
444. Miss April 2013
445. Miss May 2013
446. Miss June 2013
447. Miss July 2013
448. Miss August 2013
449. Miss September 2013
450. Miss October 2013
451. Miss November 2013
452. Miss December 2013
453. Miss January 2014
454. Miss February 2014
455. Miss March 2014
456. Miss April 2014
457. Miss May 2014
458. Miss June 2014
459. Miss July 2014
460. Miss August 2014

461. Miss September 2014
462. Miss October 2014
463. Miss November 2014
464. Miss December 2014
465. Miss January 2015
466. Miss February 2015
467. Miss March 2015
468. Miss April 2015
469. Miss May 2015
470. Miss June 2015
471. Miss July 2015
472. Miss August 2015
473. Miss September 2015
474. Miss October 2015
475. Miss November 2015
476. Miss December 2015
477. Miss January 2016