# **<u>EXHIBIT 2</u>**

Stephen M. Doniger
Scott Alan Burroughs
Trevor W. Barrett
Howard S. Han
Frank Gregory Casella
Justin M. Gomes
David R. Shein*
Matthew DiNicola*^
Emily A. Danchuk*+
*Of Counsel
^Admitted in Texas
+Admitted in New York



*Sender's e-mail:*
*hhan@donigerlawfirm.com*

January 31, 2018

**DELIVERED VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

*CONFIDENTIAL PURSUANT TO FED. R. EVID. § 408 AND CAL. EVID. CODE § 1152*

Alan Schaaf
Imgur Inc.
415 Jackson Street, Ste. 200
San Francisco, CA 94111
abuse@imgur.com

        **Re:**    **Our Client:**    Playboy Entertainment Group, Inc.
                   **URL of Infringing Material:** https://www.imgur.com/a/Uxug4

**DEMAND TO CEASE AND DESIST VIOLATIONS OF COPYRIGHT LAWS - ACTION TO BE TAKEN PURSUANT TO 17 U.S.C. § 501 *et seq.* & D.M.C.A. TAKE DOWN NOTICE**

To whom it may concern:

      This firm represents Playboy Entertainment Group, Inc. ("Playboy") for purposes of prosecuting the infringement of its intellectual property rights. Our investigation has recently revealed that your company is hosting, displaying, and reproducing material that infringes our client's rights in the above-referenced material, which has been registered with the United States Copyright Office ("Subject Images"). Your continued display and reproduction of this material constitutes a violation of our client's intellectual property rights under federal copyright law.

      Specifically, your use of Playboy's Subject Images constitute a violation of 17 U.S.C. § 501 *et seq.* ("Copyright Act"). Under the Copyright Act, your company is liable for all profits realized through the display and reproduction of infringing material and all damages incurred by our client as a result of these actions. In the alternative, under 17 U.S.C. §504(c), your company may be liable for statutory damages of up to One Hundred and Fifty Thousand Dollars ($150,000.00). In addition, it will be liable for attorneys' fees, costs and pre-judgment interest.

This correspondence shall serve as our client's formal demand that your company immediately **cease and desist** from displaying and reproducing the copyrighted material. We will consider any failure to take down the offending material to be evidence of willful intent which will subject your company to the heightened damages available in cases of willful infringement.

This correspondence shall further serve as our client's demand for an accounting of the following information:

1. The total quantity of page views and displays of the infringing material, at the included URL, any previous URLs, and any mirrored or parallel URLs.
2. An accounting of any downloads of the infringing material, at the included URL, any previous URLs, and any mirrored or parallel URLs
3. An accounting of your total revenues and gross profits relating to the display of the offending material, including any advertising or affiliate revenue.

This information must be provided with accompanying documentation, including financial and other business records, supporting the responses given to these questions. Please note that continued display after being put on notice of copyright infringement is strong evidence of willful intent and will subject your company to heightened damages.

### Digital Millennium Copyright Act Takedown Notice

Furthermore, pursuant to the Digital Millennium Copyright Act (17 U.S.C. §512), this firm has been authorized by Playboy, as the complaining party, to specifically acknowledge: (1) that Playboy has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and (2) the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. Playboy shall be listed as the complaining party, and for purposes of contact, is reachable through undersigned counsel.

The below URL contains the infringing material, uploaded by user 1w50s5wfi, that is being displayed:

https://www.imgur.com/a/Uxug4

Please immediately shut down the links to these pages and any others displaying the same materials. Our client and this office have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or the law.

The undersigned is authorized to act on behalf of Playboy, the copyright holder for the works in dispute, and the entity whose exclusive rights in said works have been violated. We can be contacted at the address, phone number, and email address set forth below.

///

### Request for the Preservation of Evidence

In addition to providing the information requested above, please preserve all documents, tangible things and electronically stored information ("ESI") potentially relevant to the issues in this matter, including but not limited to the following:

- Digital communications (e.g., e-mail, voice mail, instant messaging) concerning the Subject Images and/or the offending images;
- Word processed documents (e.g., Word or WordPerfect documents and drafts);
- Spreadsheets and tables (e.g., Excel or Lotus 123 worksheets);
- Image and Facsimile Files (e.g., .PDF, .TIFF, .JPG, .GIF images);
- Online Access Data (e.g., Temporary Internet Files, History, Cookies);
- Presentations (e.g., PowerPoint, Corel Presentations)
- Network Access and Server Activity Logs;
- Computer Aided Design/Drawing Files; and,
- Back Up and Archival Files (e.g., Zip, .GHO)

Adequate preservation of ESI requires you to also intervene to prevent loss due to routine operations and employ proper techniques and protocols suited to protection of ESI. Be advised that sources of ESI are altered and erased by continued use of your computers and other devices. So owing, deletion may result from failing to act diligently and responsibly in order to prevent loss or corruption of ESI. You are also advised that if you fail to take steps necessary to preserve relevant ESI and such information is lost, you may be subject to sanctions under Fed. R. Civ. P. 37(e).

***

Within seven (7) days from the receipt of this letter please confirm that you have ceased and desisted from the display of the offending material containing our client's artwork. At that time we also request that you produce the documentation requested herein. Should you fail or refuse to comply with this letter, our client will have no choice but to file a complaint against your company seeking immediate injunctive relief, as well as compensatory, statutory and punitive damages, attorneys' fees and costs of suit.

Nothing in this letter is meant to or should be construed to waive any rights, claims, or remedies. Your prompt attention to this letter is strongly advised. Please do not hesitate to contact the undersigned if you have any questions in regard to the foregoing.

Very truly yours,

By: *[signature]*

Howard S. Han, Esq.
Doniger / Burroughs
603 Rose Avenue
Venice, California 90291
Tel. (310) 590-1820