# ATTACHMENT A
## DOCUMENTS TO BE PRODUCED UNDER SUBPOENA

1) All identifying information for the actual owner/registrant/operator(s) of the user name "1w50s5wfi" (whose content you host) from any and all sources, including but not limited to billing or administrative records that prove the name(s), address(es), telephone number(s), email address(es), account number(s), and any other electronic or physical documents identifying said owner/registrant/operator(s).

2) All identifying information for the actual owner/registrant/operator(s) of the user names who downloaded any photos posted at http://imgur.com/a/Uxug4, including but not limited to billing or administrative records that prove the name(s), address(es), telephone number(s), email address(es), account number(s), and any other electronic or physical documents identifying said owner/registrant/operator(s).